UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Central District                                         No. 4:18-cv-40009

| D.M., et al.,              | ) |                              |
|----------------------------|---|------------------------------|
|     PLAINTIFFS,            | ) | MOTON TO ENLARGE             |
|                            | ) | THE TIME FOR DELAWARE        |
| v.                         | ) | COUNTY, OHIO                 |
|                            | ) | DEFENDANTS TO RESPOND        |
| CYNTHIA DUNGEY,            | ) |                              |
| DAVID DOMBROWSKI,          | ) |                              |
| ASHLEY KELLER, and,        | ) |                              |
| LYNN STACY,                | ) |                              |
|     DEFENDANTS.            | ) |                              |

Although Delaware County Defendants, David Dombrosky, Ashley Keller, and Lynn Stacey (hereinafter "Delaware County") contend that the Court is without personal jurisdiction or venue and that proper service of process has not been achieved, Delaware County moves the court to grant a 10-day enlargement of time to respond to Plaintiffs' Complaint. This will allow the Court to issue ECM/ECF access to the undersigned counsel.

                           Respectfully submitted,

                           Carol Hamilton O'Brien
                           Delaware County Prosecuting Attorney

                           /s Andrew J. King
                           Andrew J. King (Ohio Bar #0080206)
                           (Counsel of Record, Admitted *Pro Hac Vice*)
                           Assistant Prosecuting Attorney
                           Delaware County Prosecuting Atty.'s Office
                           140 North Sandusky Street, 3rd Floor
                           Delaware, Ohio 43015
                           Telephone:   (740) 833-2690

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Central District | | No. 4:18-cv-40009 |
| D.M., et al.,     PLAINTIFFS, | ) ) ) | MOTON TO ENLARGE THE TIME FOR DELAWARE COUNTY, OHIO DEFENDANTS TO RESPOND |
| v. | ) ) | |
| CYNTHIA DUNGEY, DAVID DOMBROWSKI, ASHLEY KELLER, and, LYNN STACY,     DEFENDANTS. | ) ) ) ) ) | |

I hereby certify that the above document was served upon the counsel for Defendant Cynthia Dungey and upon the Plaintiffs by first-class, pre- paid, United States mail this Thirteenth day of February, 2018, by forwarding copies to:

    Heather and Adam May
    187 Ramshorn Rd.
    Dudley, MA 01571
        and

    Assistant Attorney General
    Therese Hanna
    Ohio Attorney General's Office
    Health and Human Services Section
    30 East Broad Street 26th Floor
    Columbus, Ohio 43215.

        Respectfully submitted,

        Carol Hamilton O'Brien
        Delaware County Prosecuting Attorney

        /s Andrew J. King
        Andrew J. King (Ohio Bar #0080206)
        (Counsel of Record, Admitted *Pro Hac Vice*)
        Assistant Prosecuting Attorney
        Delaware County Prosecuting Atty.'s Office
        140 North Sandusky Street, 3rd Floor

Delaware, Ohio 43015
Telephone: (740) 833-2690